UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 4:07-cv-03795 |
|---|---|---|---|
| | United States of America, et al. | | |
| | *versus* | | |
| | Halliburton Energy Services, Inc., et al. | | |

This lawyer, who is admitted to the State Bar of _____South Dakota_____:

| | |
|---|---|
| Name | William H. Dietrich |
| Firm | Munsch Hardt Kopf & Harr |
| Street | 500 N. Akard  #3800 |
| City & Zip Code | Dallas, 75201 |
| Telephone | (214) 855-7500 |
| Licensed: State & Number | South Dakota, SBSD#2699 |
| Federal Bar & Number | |

Seeks to appear as the attorney for this party:

Precision Energy Services, Inc.

Dated: __1/6/10__     Signed: _[signature]_

COURT USE ONLY: The state bar reports that the applicant's status is: __Active__.

Dated: __January 7, 2010__     Signed: __Shelia Ashabranner__
                                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: __January 11, 2010__

_[signature]_
Nancy F. Atlas
United States District Judge